JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD A. HUFF, JR., | Case No. CV 24-04115 AB (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SUPERIOR COURT, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Dismissing Action.

DATED:  June 10, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE